# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE L. YOUNGBLOOD, | Case No. 1:14-cv-00595-LJO-SKO (PC) |
| Plaintiff, | ORDER (1) DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS, (2) DISMISSING ACTION, WITHOUT PREJUDICE, PURSUANT TO 28 U.S.C. § 1915(G), AND (3) DIRECTING CLERK OF COURT TO ENTER JUDGMENT |
| v. | |
| K. J. ALLEN, et al., | |
| Defendants. | |
| | (Docs. 1 and 2) |

Plaintiff Jesse L. Youngblood, a prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 24, 2014. Plaintiff seeks leave to proceed in forma pauperis in this case.

However, Plaintiff is subject to 28 U.S.C. 1915(g), which provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."[1] The Court has reviewed Plaintiff's complaint and his allegations do not satisfy

---

[1] The Court takes judicial notice of the following United States District Court cases: *Youngblood v. State of California*, 4:11-cv-04064-PJH (N.D. Cal.) (dismissed March 16, 2012, for failure to state a claim); *Youngblood v. Warden*, 4:12-cv-04423-PJH (N.D. Cal.) (dismissed February 4, 2013, as frivolous and for failure to state a claim); and *Youngblood v. Feather Falls Casino*, 4:13-cv-01282-PJH (N.D. Cal.) (dismissed February 29, 2013, as frivolous

the imminent danger exception to section 1915(g).[2]  *Andrews v. Cervantes*, 493 F.3d 1047, 1055-56 (9th Cir. 2007).  Therefore, Plaintiff must pay the $400.00 filing fee if he wishes to litigate his claim.

      Accordingly, the Court HEREBY ORDERS as follows:

1. Plaintiff's motion for leave to proceed in forma pauperis in this action is DENIED;
2. This action is DISMISSED, without prejudice to re-filing accompanied by the $400.00 filing fee; and
3. The Clerk of the Court shall enter judgment.

IT IS SO ORDERED.

Dated:  **April 28, 2014**                    **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE

---

and for failure to state a claim).  These strikes were final prior to the date Plaintiff filed this action.  *Silva v. Di Vittorio*, 658 F.3d 1090, 1098-1100 (9th Cir. 2011).

[2] Plaintiff is alleging denial of access to the courts.  (Comp., pp. 7-8.)

2